UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on August 9, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Lewis Trencher

Case No.: _____16-22789_____

Hearing Date: _____

Judge: _____Michael B. Kaplan_____

Chapter: _____13_____

Recommended Local Form:    ☑ Followed    ☐ Modified

# ORDER DENYING MOTION
TO EXTEND TIME TO FILE SCHEDULES

_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

A motion or application having been filed on _____7/29_____, 20 16  by Jeffrey E. Jenkins , Esq._____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied.

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*