**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on August 9, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Lewis Trencher

Case No.: _____16-22789_____

Hearing Date: _____

Judge: _____Michael B. Kaplan_____

Chapter: _____13_____

Recommended Local Form:  ☑ Followed    ☐ Modified

# ORDER DENYING MOTION
TO EXTEND TIME TO FILE SCHEDULES

_____

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 9, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

      A motion or application having been filed on _____7/29_____, 20 _16_ by \_Jeffrey E. Jenkins , Esq._____ for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-22789-MBK
Lewis Trencher                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
db              +Lewis Trencher,    71 Bradford Court,    Unit 71, Apt C,    Matawan, NJ 07747-1858

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
     Albert  Russo    docs@russotrustee.com
     Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     Eric  Clayman    on behalf of Debtor Lewis  Trencher jenkins.clayman@verizon.net
     Jeffrey E. Jenkins    on behalf of Debtor Lewis  Trencher jenkins.clayman@verizon.net,
      jenkins.clayman@verizon.net
                                                                                                                     TOTAL: 4