Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16–22789–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lewis Trencher
   71 Bradford Court
   Unit 71, Apt C
   Matawan, NJ 07747

Social Security No.:
   xxx–xx–5135

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/15/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 15, 2016
JJW: bwj

                                                        James J. Waldron
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 16-22789-MBK
Lewis Trencher    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 15, 2016
                 Form ID: 148    Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2016.
```
db             +Lewis Trencher,   71 Bradford Court,    Unit 71, Apt C,    Matawan, NJ 07747-1858
516334203      +Access Property Management,    Att: Cutolo Mandel LLC,    1 Gateway Center Ste 2600,
                 Newark, NJ 07102-5323
516334202      +Access Property Management,    4 Walter E Foran Blvd,    Ste 311,    Flemington, NJ 08822-4668
516268632       Citi Bank,    PIO Box 6403,    Sioux Falls, SD 57117-6403
516268633      +Foxmoor Master Assoc,    200 Hutchinson Rd,    Robbinsville, NJ 08691-3406
516268634      +M&T Bank,    c/o Romano Garubo & Argentieri Law Offic,    52 Newton Ave,
                 Woodbury, NJ 08096-4610
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2016 23:12:22     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2016 23:12:19     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516284498       EDI: DISCOVER.COM Sep 15 2016 22:48:00      Discover Bank,   Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
516319278       E-mail/Text: camanagement@mtb.com Sep 15 2016 23:12:09     M&T Bank,   P.O. Box 840,
                 Buffalo, NY 14240-0840
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2016    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2016 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric Clayman    on behalf of Debtor Lewis  Trencher jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Debtor Lewis  Trencher jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
                                                                                              TOTAL: 4
```